UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUSTSON ARBI,<br><br>          Plaintiff,<br>v.<br><br>SYNERGY USA LLC, et al.,<br><br>          Defendants. | Case No. 2:23-cv-01998-APG-DJA<br><br>**Order for Response**<br><br>[ECF No. 71] |

I HEREBY ORDER plaintiff Austson Arbi to respond to the defendants' notice of related cases (ECF No. 14) by January 12, 2024.

DATED THIS 28th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE