# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUSTSON ARBI, | Case No.: 2:23-cv-01998-APG-DJA |
| Plaintiff | **Order Transferring Case** |
| v. | |
| SYNERGY USA, LLC, et al., | |
| Defendants | |

Under Local Rule 42-1(a), the assigned judges have determined that this action should be reassigned to United States District Judge Cristina D. Silva and United States Magistrate Judge Nancy Koppe because it is related to *Sampan v. Synergy USA LLC, et al.*, 2:23-cv-01992-CDS-NJK.

I THEREFORE ORDER that Arbi v. Synergy USA, LLC, et al., 2:23-cv-01998-APG-DJA is reassigned to District Judge Cristina D. Silva and Magistrate Judge Nancy Koppe for all further proceedings.

DATED this 17th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE