JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Benjamin Sampan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUSTSON ARBI,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SYNERGY USA LLC, *et al*.,<br><br>　　　　　　Defendants. | **CASE NO.: 2:23-cv-01998- CDS-NJK**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR STAY**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to Local Rule ("Local Rule") IA 6-1, LR IA 6-2 and LR 7-1, Austson Arbi ("Plaintiff"), and ALL Defendants, by and through their respective undersigned counsel, hereby stipulate and agree to stay the current proceedings for a period not to exceed ninety (90) days, effective September 9, 2024 (the last day of discovery). This is the first stipulation for a stay by the parties and is not being done for the purpose of delay.

…

…

…

1

The parties have reached a settlement in this Fair Labor Standards Act matter. The purpose of the requested stay is to permit additional time for the parties to finalize the settlement agreement and submit a Joint Motion regarding the settlement agreement for the Court's order. After the Court issues an order on that Motion, the settlement funds will be distributed. The parties believe a Stipulation of Dismissal can be filed in this matter on or before Monday, December 9, 2024.

Respectfully submitted this 27th day of August 2024.

| /s/ Victoria L. Neal | /s/ Dylan E. Lawter |
|---|---|
| James P. Kemp, Esq. | Evan L. James, Esq. |
| Nevada Bar No.: 6375 | Nevada Bar No.: 7760 |
| Victoria L. Neal, Esq. | Daryl E. Martin, Esq. |
| Nevada Bar No.: 13382 | Nevada Bar No.: 6735 |
| KEMP & KEMP | Dylan J. Lawter, Esq. |
| 7435 W. Azure Drive, Suite 110 | Nevada Bar No.: 15947 |
| Las Vegas, NV 89130 | CHRISTENSEN JAMES & MARTIN, CHTD. |
|  | 7440 W. Sahara Avenue |
|  | Las Vegas, NV 89117 |
| *Attorneys for Plaintiff* |  |
| *Austson Arbi* | *Attorneys for ALL Defendants* |

**IT IS SO ORDERED.**

Dated: August 27, 2024.

_____
UNITED STATES MAGISTRATE JUDGE
NANCY J. KOPPE

2