1  JAMES P. KEMP, ESQ.
   Nevada Bar No.: 6375
2  VICTORIA L. NEAL, ESQ.
   Nevada Bar No.: 13382
3  KEMP & KEMP
4  7435 W. Azure Drive, Suite 110
   Las Vegas, NV  89130
5  702-258-1183 ph /702-258-6983 fax
   jp@kemp-attorneys.com
6  vneal@kemp-attorneys.com

7  Attorneys for Plaintiff
8  *Austson Arbi*

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

11  AUSTSON ARBI,

12                  Plaintiff

13  vs.

14  SYNERGY USA LLC, *et al*.,

15                  Defendants

**CASE NO.: 2:23-cv-01998- CDS-NJK**

**STIPULATION TO DISMISS WITH PREJUDICE**

19        Plaintiff Austson Arbi and Defendants Synergy USA LLC, et al., by and through their
20  undersigned counsel, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal
21  Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint
22  against all Defendants, is hereby dismissed with prejudice as to future action, with the

24  …
25  …
26  …
27  …



parties to bear their own respective costs, expenses, and attorneys' fees.

Respectfully submitted this 6th day of February 2025.

| /s/   Victoria L. Neal | /s/   Dylan J. Lawter |
|---|---|
| James P. Kemp, Esq. | Evan L. James, Esq. |
| Nevada Bar No.: 6375 | Nevada Bar No.: 7760 |
| Victoria L. Neal, Esq. | Daryl E. Martin, Esq. |
| Nevada Bar No.: 13382 | Nevada Bar No.:   6735 |
| KEMP & KEMP | Dylan J. Lawter, Esq. |
| 7435 W. Azure Drive, Suite 110 | Nevada Bar No.:   15947 |
| Las Vegas, NV  89130 | CHRISTENSEN JAMES & MARTIN, CHTD. |
|  | 7440 W. Sahara Avenue |
|  | Las Vegas, NV 89117 |
| Attorneys for Plaintiff |  |
| *Benjamin Sampan* | *Attorneys for ALL Defendants* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
Cristina D. Silva
United States District Judge

Dated: February 7, 2025